1   BESS M. BREWER, #100364
    LAW OFFICE OF
2   BESS M. BREWER & ASSOCIATES
    P.O. Box 5088
3   Sacramento, CA 95817
    Telephone: (916) 454-3111
4   Facsimile: (916) 454-3131

5   Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11   CRAIG HEALY                    )          Case No. CIV-09-1378 CMK
                                     )
12                                   )
                                     )
13                                   )          STIPULATION AND ORDER
              Plaintiff,             )          EXTENDING PLAINTIFF'S TIME TO
14                                   )          FILE MEMORANDUM IN SUPPORT
     v.                              )          OF SUMMARY JUDGMENT
15                                   )
     MICHAEL J. ASTRUE               )
16   Commissioner of Social Security )
     of the United States of America,)
17                                   )
              Defendant.             )
18   _____)

19

20         IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with

21   the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment

22   in this case is hereby extended from January 4, 2010, to February 23, 2010.   This is Plaintiff's first

23   extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule.

24

25

26   / / / /

27   / / / /

28   / / / /

                                          1

Dated: January 4, 2010

/s/Bess M. Brewer
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated:January 4, 2010

Benjamin G. Wagner

United States Attorney

/s/ Shea Bond
SHEA BOND

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  January 6, 2010

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE