IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG HEALY, | No. CIV S-09-1378-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is the parties' stipulated motion for a second extension of time (Doc. 16) for plaintiff to file a dispositive motion. Good cause appearing therefor, the request is granted. Plaintiff shall file a dispositive motion by April 15, 2010.

IT IS SO ORDERED.

DATED: March 17, 2010

                                    _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE