1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8937
      Facsimile:  (415) 744-0134
7     E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                      UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF CALIFORNIA
10
                           **SACRAMENTO DIVISION**
11

12 CRAIG HEALY,                )
                                     )   CIVIL NO. 2:09-CV-01378 CMK
13      Plaintiff,           )
                                     )
14        v.               )   STIPULATION AND ORDER
                                     )
15 MICHAEL J. ASTRUE,       )
   Commissioner of            )
16 Social Security,              )
                                     )
17      Defendant.       )
   _____)
18

19      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20 attached Order, that Defendant shall have a FIRST extension of time of 30 days, up to and including

21 August 11, 2010, to respond to Plaintiff's motion for summary judgment.  This request is being made

22 because counsel for the Commissioner has had to complete 6 briefs between June 10 and July 12, 2010,

23 including a lengthy Ninth Circuit appeal and she was not able to complete the Commissioner's response

24 by the original due date.

25 ///

26 ///

27 ///

28 ///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 13, 2010

/s/ *Bess Brewer*
(As authorized via email)
BESS BREWER
Attorney for Plaintiff

Dated: July 13, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: July 14, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE