| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| 3 | Social Security Administration<br>ELIZABETH FIRER |
| 4 | Special Assistant United States Attorney |
| 5 | 333 Market Street, Suite 1500<br>San Francisco, California 94105 |
| 6 | Telephone:  (415) 977-8937<br>Facsimile:  (415) 744-0134 |
| 7 | E-Mail: Elizabeth.Firer@ssa.gov |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | | |
|---|---|---|
| CRAIG HEALY, | ) | |
| | ) | CIVIL NO. 2:09-CV-01378 CMK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a SECOND extension of time of 14 days, up to and including August 25, 2010, to respond to Plaintiff's motion for summary judgment.  This request is being made because, since counsel for the Commissioner last sought an extension, she has been assigned additional work loads that require reviewing other attorneys' cases for voluntary remand considerations and reviewing the appellate briefs of her colleagues.  This work load is unpredictable and requires immediate attention.  While adjusting to this new work load, counsel has had 8 other briefs to file in district court and was not able to complete the Commissioner's response by the current due date and respectfully requests an additional 14 days.

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 11, 2010

/s/ *Bess Brewer*
(As authorized via email)
BESS BREWER
Attorney for Plaintiff

Dated: August 11, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: August 13, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE