BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8937
Facsimile: (415) 744-0134
E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| CRAIG HEALY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____) | CIVIL NO. 2:09-CV-01378 CMK <br><br> STIPULATION AND ~~PROPOSED~~ ORDER |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a THIRD extension of time of 6 days, up to and including August 31, 2010, to respond to Plaintiff's motion for summary judgment. This request is being made because, counsel for the Commissioner mis-calendered her response following this Court's grant of a 14 day extension to August 25, 2010. Counsel is personally responsible for calendaring all of her filings in all of her cases in 6 federal districts plus the Ninth Circuit Court of Appeals. She must also manage all of her non-court workload, which includes scheduling meetings with other attorneys in conjunction with voluntary remand review and review of appellate briefs. Given the volume of these tasks and the fact that she has no support staff assistance, Counsel sometimes commits error. Staff from the United States Attorney's Office noticed that the due date had passed and contacted Counsel at which time, Counsel

noticed her calendaring error. Counsel apologizes for any inconvenience and respectfully requests an additional 6 days in which to file the Commissioner's brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 30, 2010
/s/ *Bess Brewer*
(As authorized via email)
BESS BREWER
Attorney for Plaintiff

Dated: August 30, 2010
BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: August 31, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2 - Stip & Order Extending Def's Time